DNJ-CR-022 Order Regarding Use of Video Conferencing/Teleconferencing (Rev. 10/2021)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     *

          *

    v.         *     MAG. NO.    22-1000

          *

ASDULLAH HABIBI       *

          *

         *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

[✓]    That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓]   Video Teleconferencing

[ ]    Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

     [ ]    The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

     [ ] Other:

Date: Jan 5, 2022                 /s/ Matthew J. Skahill

                                 Honorable Matthew J. Skahill
                                 United States Magistrate Judge